Minute Order Form (rev. 4/99)

**08CR 0107**

**MAGISTRATE JUDGE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
GERALDINE SOAT BROWN**

| Name of Assigned Judge or Magistrate Judge | JUDGE BUCKLO | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 06 GJ 0651 | DATE | FEBRUARY 5, 2008 |
| CASE TITLE | US v. LAWRENCE J. SKROBOT, et al (SEE ATTACHED) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING
### SPECIAL AUGUST 2006-1

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____ /s/ Maria Valdez _____

Docket Entry:

TO SET PRELIMINARY BAIL AT $25,000.00 (SECURED) AS TO LAWRENCE SKROBOT. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO ALL REMAINING DEFENDANTS.

**FILED**

FEB 05 2008      FEB - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____  (ONLY IF FILED
OR MAGISTRATE JUDGE                  UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing | |
| | Notified counsel by telephone. | | dpty. initials | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | Date mailed notice | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | Mailing dpty. initials | |

UNITED STATES OF AMERICA )
)
v. )
)
LAWRENCE J. SKROBOT, )
JAMES ROBERT THOMAS, )
VARENA MCCLOUD, )
CHARLENE BATALLA, )
HATTIE BROOKS, )
DONALD THOMAS, )
JONATHON MARCHETTI, )
JOSEPH GREEN III, )
JOSEPH MILLER, )
ALFREDO HILADO, )
JOHNNY WHITE, )
DIANE ROBINSON, )
JOHN LEWIS, )
JAMES GREEN, )
CHRISTOPHER MARCHETTI, )
KARL ALLEN, )
ALONZO BRAZIEL and )
KEVIN EARL )
)