# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States v. Lawrence J. Skrobot, et al.
(Donald Thomas, Def't No. 6)

Case Number: 08 CR 107-06

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donald Thomas

FILED
2-14-08
FEB 14 2008
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Clarke Patrick Devereux | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Clarke Patrick Devereux | |
| FIRM<br>Law Office of Clarke Patrick Devereux | |
| STREET ADDRESS<br>53 West Jackson Blvd., Suite 615 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197273 | TELEPHONE NUMBER<br>(312) 981-0133 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ✓