**CJA 23**
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|
| IN THE CASE OF | | | | | LOCATION NUMBER |
| U.S. v.s. SKROBOT | | FOR U.S. DISTRICT COURT AT NORTHERN DISTRICT OF ILLINOIS | | | ND IL |

FILED 2-14-08 FEB 14 2008 MAGISTRATE JUDGE GERALDINE SOAT BROWN UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name)
▶ DONALD THOMAS

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
▶ 08-107-06

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
TITLE 18, USC SEC. 1343 & 2

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☑ Am Self-Employed
Name and address of employer: PHENOMONAL BUILDERS, LONGVIEW AR. 21391 / FRANKFORT IL
IF YES, how much do you earn per month? $ Ø
IF NO, give month and year of last employment
How much did you earn per month? $ AVG 2,000

If married is your Spouse employed? ☑ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ UNK
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ ___  SOURCES ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ 5247

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE 30,000  DESCRIPTION HARVEY TWO FLAT - TAX ARREARS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☑ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| MORTGAGE | | $ 430,000 | $ 3200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2-13-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X [signature]