UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 107-6 |
| | ) | |
| DONALD THOMAS | ) | Judge Brown |

**AGREED MOTION TO AMEND RELEASE**
**CONDITIONS FOR DEFENDANT DONALD THOMAS**

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby moves for an agreed order amending the conditions of defendant Donald Thomas' pre-trial release, and in support thereof, states as follows:

1. The initial appearance of Thomas and sixteen of his co-defendants was on February 14, 2008, in front of this court. Pretrial Services had the opportunity to interview Thomas, evaluate his background and prepare a report beginning on February 20, 2008.

2. In the course of its background check, Pretrial Services learned some information about Thomas that neither the parties nor the court had on February 14, 2008, including two outstanding arrest warrants, bond forfeitures and a misdemeanor conviction for a crime of violence. Based on Pretrial Services' evaluation, they recommend Thomas' release conditions be amended to add that Thomas be required to:

    a. Report to Pretrial Services as directed;

    b. Surrender any FOID cards to Pretrial Services;

    c. Refrain from possession of a firearm or other dangerous weapon; and,

    d. Resolve the two active warrants through the sheriff's offices.

3. Given the new information contained in the Pretrial Services report, the government agrees with Pretrial Services' recommendation. On February 27, 2008, counsel for the United States, Lisa Noller, spoke with counsel for Donald Thomas, Clark Devereaux, who said he agreed to this motion.

WHEREFORE, the government respectfully requests that this court issue an agreed order containing the modified release conditions.

Dated: February 28, 2008

                                            Respectfully submitted,

                                            PATRICK J. FITZGERALD
                                            United States Attorney

                                            By: /s/ Lisa M. Noller
                                                LISA M. NOLLER
                                                MEGAN CHURCH
                                                Assistant United States Attorneys
                                                219 South Dearborn Street
                                                Chicago, Illinois  60604
                                                (312) 353-5314

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the Agreed Motion to Amend Release Conditions of Defendant Donald Thomas was served on Clark Devereaux and Pretrial Services, pursuant to the district court's ECF system, on February 28, 2008.

By: s/Lisa M. Noller
    LISA M. NOLLER
    Assistant United States Attorney
    219 S. Dearborn Street
    5th Floor
    Chicago, Illinois 60604
    (312) 353-5314