UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 107-6 |
| | ) | |
| v. | ) | Judge Brown |
| | ) | |
| DONALD THOMAS | ) | |

NOTICE OF MOTION

     PLEASE TAKE NOTICE that on WEDNESDAY, MARCH 5, 2008 at 9:45 a.m. at the opening or as soon thereafter as counsel may be heard, I will appear before the Honorable Brown in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present AGREED MOTION TO AMEND RELEASE CONDITIONS FOR DEFENDANT DONALD THOMAS, in the above-captioned case, at which time and place you may appear if you see fit.

                 PATRICK J. FITZGERALD
                 United States Attorney


             By:  s/Lisa M. Noller
                 LISA M. NOLLER
                 Assistant United States Attorney
                 219 South Dearborn Street
                 Chicago, Illinois   60604
                 (312) 353-5314

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | No. 08 CR 107-6 |
| ) | |
| v. ) | Judge Brown |
| ) | |
| DONALD THOMAS ) | |

CERTIFICATE OF SERVICE

    The undersigned Assistant United States Attorney hereby certifies that the following document:

NOTICE OF MOTION

was served on February 28, 2008, in accordance with Fed. R. Crim. P.49, Fed. R. Civ. P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                       PATRICK J. FITZGERALD
                       United States Attorney

          By:     s/Lisa M. Noller
                  LISA M. NOLLER
                  Assistant United States Attorney
                  219 South Dearborn Street
                  Chicago, Illinois  60604
                  (312) 353-5314