# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 6 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Donald Thomas | | |

**DOCKET ENTRY TEXT**

Government's agreed motion to amend release conditions for defendant Donald Thomas [107] is granted. Defendant Thomas' conditions of release is amended to add that defendant shall be required to: 1. Report to Pretrial Services as directed; 2. Surrender any FOID cards to Pretrial Services: 3. Refrain from possession of a firearm or other dangerous weapon: and 4. Resolve the two active warrants through the sheriff's offices. Motion hearing set for 03/05/08 is stricken.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|