IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 08 CR 107-06 |
| | ) | Judge Elaine E. Bucklo |
| | ) | |
| | ) | |
| SKROBOT, et al. | ) | |
| (Donald Thomas, Def. No. 6) | ) | |

### MOTION FOR EARLY RETURN OF TRIAL SUBPOENA

Defendant, **DONALD THOMAS**, by his attorney, **CLARKE PATRICK DEVEREUX,** respectfully moves this Court, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, for entry of its Order setting a date for early return of trial subpoenas to be issued by Defendants in this case.

Respectfully submitted,

  /s/ Clarke Patrick Devereux
**CLARKE PATRICK DEVEREUX,**
Attorney for Defendant.

**CLARKE PATRICK DEVEREUX**
Attorney for DONALD THOMAS
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 981-0133

## CERTIFICATE OF SERVICE

      I hereby certify that foregoing Defendant DONALD THOMAS' **MOTION FOR EARLY RETURN OF TRIAL SUBPOENA** was served on March 1, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                      s/ Clarke Patrick Devereux
                                      **CLARKE PATRICK DEVEREUX**
                                      53 West Jackson Boulevard, Suite 615
                                      Chicago, Illinois 60604
                                      (312) 981-0133